CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:06CR00041 |
| | ) | (CASE NO. 5:12CV80428) |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| CHARCEIL DAVIS KELLAM, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. After review of defendant's objections to the report and recommendation of the United States Magistrate Judge and de novo review of the pertinent part of the report, the report and recommendation (ECF No. 1104) is **ADOPTED** in its entirety;

2. The government's motion to dismiss (ECF No. 976) is **GRANTED**, and the motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF No. 920) is **DISMISSED**;

3. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**; and

4. The clerk will strike the § 2255 motion from the active docket of the court.

ENTER: This 18th day of March, 2015.

/s/ Glen Conrad
Chief United States District Judge